# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-17280-JKF

ELIE ADRIEN

2026 TIOGA STREET

PHILADELPHIA, PA 19140

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

ELIE ADRIEN

2026 TIOGA STREET

PHILADELPHIA, PA 19140

Counsel for debtor(s), by electronic notice only.

JERMAINE D HARRIS
21 SOUTH 12TH ST STE 100

PHILADELPHIA, PA 19107

Date: 3/17/2017

/S/ William C. Miller

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee