# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                            Chapter 13

                            Bankruptcy No. 14-17280-AMC

ELIE ADRIEN

2026 TIOGA STREET

PHILADELPHIA, PA 19140

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ELIE ADRIEN

2026 TIOGA STREET

PHILADELPHIA, PA 19140

Counsel for debtor(s), by electronic notice only.

JERMAINE D HARRIS

21 SOUTH 12TH ST., STE 100
PHILADELPHIA, PA 19107-

Date: 10/9/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee