United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Elie Adrien  
    Debtor

Case No. 14-17280-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: JEGilmore     Page 1 of 2     Date Rcvd: May 19, 2020  
                    Form ID: 138NEW     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2020.

```
db             +Elie Adrien,    2026 Tioga Street,    Philadelphia, PA 19140-3918
cr            ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corporation,    19001 South Western Avenue,
                 P.O. Box 2958,    Torrance, CA  90509-2958)
13384303      #+Allied Interstate,LLC,    7525 W Campus Road,    New Albany, OH 43054-1121
13384297       City of Philadelphia,    Water Revenue Bureau,    Philadelphia, PA 19102
13384296      +City of Philadelphia Revenue Department,    1425 Spruce Street,Suite 100,
                 Philadelphia, PA 19102-4578
13455076       FedLoan Servicing,    P.O. Box 69184,    Harrisburg, PA  17106-9184
13384299      +Federal Loan Service,    PO Bo 61047,    Harrisburg, PA 17106-1047
13384301      +Focus Management,    1130 North Chase Pike Suite 150,    Marietta,GA 30067-6429
13384298      +Laverne Jackson,    4800 N. Bouvier Street,    Philadelphia, PA 19141-1527
13397680      +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14504075      +Philadelphia Municipal Court Traffic Division,    800 Spring Garden Street,
                 Philadelphia, Pa 19123-2616
13384295      +SRP Funding Trust,    3374 Walden Avenue, Suite 120,    Depew, NY 14043-2437
13384300      +Toyota Motor Credit Company,    19001S Western Avenue,    Torrence, CA 90501-1106
13393906     +++Toyota Motor Credit Corporation,    c/o Becket & Lee LLP,    PO Box 3002,    Dept. MVS,
                 Malvern, PA 19355-0702
13384305      +Xerox Solutions,    PO Box 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: megan.harper@phila.gov May 20 2020 03:43:01    City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 20 2020 03:42:39
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 20 2020 03:42:48    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE           E-mail/Text: megan.harper@phila.gov May 20 2020 03:43:01    City of Philadelphia,
               Law Revenue Bureau,    c/o Megan N. Harper, Esquire,    1401 John F. Kennedy Boulevard,
               5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13389962       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 20 2020 03:45:56
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK  73124-8848
13384302      +E-mail/Text: EBN_Greensburg@Receivemorermp.com May 20 2020 03:43:09    Berks CC,    PO Box 329,
               Temple, PA 19560-0329
13483618      +E-mail/Text: megan.harper@phila.gov May 20 2020 03:43:00
               CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    MUNICIPAL SERVICES BUILDING,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13384304      +E-mail/Text: bknotice@ercbpo.com May 20 2020 03:42:43    Enhanced Recovery Collections,
               8014 Bayberry Road,    Jacksonville, FL 32256-7412
13835274      +E-mail/Text: bknotices@snsc.com May 20 2020 03:43:07    SRP Funding Trust 2011-5,
               c/o SN Servicing Corp.,    323 5th Street,    Eureka, CA 95501-0305
                                                                                              TOTAL: 9
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              SRP Funding Trust 2011-5
cr*            +Toyota Motor Credit Corporation,    c/o Becket and Lee, LLP,    PO Box 3002,    Dept MVS,
                 Malvern, PA 19355-0702
13673523*      +Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3002,    Dept MVS,
                 Malvern  PA 19355-0702
13503732     ##+Seneca Mortgage Servicing,    611 Jamison Road,    Elma, NY 14059-9392
                                                                                TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2           User: JEGilmore            Page 2 of 2                  Date Rcvd: May 19, 2020
                               Form ID: 138NEW            Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
              ANDREW F GORNALL     on behalf of Creditor    SRP Funding Trust 2011-5 agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JERMAINE D. HARRIS     on behalf of Debtor Elie   Adrien jermaineh02@msn.com
              MEGAN N. HARPER    on behalf of    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              THOMAS I. PULEO    on behalf of Creditor    SRP Funding Trust 2011-5 tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Toyota Motor Credit Corporation
               ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                            TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Elie Adrien
    Debtor(s)

Bankruptcy No: 14−17280−amc
Chapter: 13

___

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

        For The Court
        Timothy B. McGrath
        Clerk of Court

Dated: 5/19/20

107 − 106
Form 138_new