United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Elie Adrien  
    Debtor

Case No. 14-17280-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: JEGilmore       Page 1 of 1       Date Rcvd: Jun 30, 2020  
                 Form ID: 195             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2020.
```
db             +Elie Adrien,    2026 Tioga Street,    Philadelphia, PA 19140-3918
cr            ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit Corporation,    19001 South Western Avenue,
                 P.O. Box 2958,    Torrance, CA  90509-2958)
cr             +Toyota Motor Credit Corporation,    c/o Becket and Lee, LLP,    PO Box 3002,    Dept MVS,
                 Malvern, PA 19355-0702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr              SRP Funding Trust 2011-5  
                                                                                           TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2020 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor    SRP Funding Trust 2011-5 agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JERMAINE D. HARRIS    on behalf of Debtor Elie  Adrien jermaineh02@msn.com
          MEGAN N. HARPER    on behalf of     City of Philadelphia megan.harper@phila.gov,
           karena.blaylock@phila.gov
          THOMAS I. PULEO    on behalf of Creditor    SRP Funding Trust 2011-5 tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Toyota Motor Credit Corporation
           ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Elie Adrien : Case No. 14–17280–mdc
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , June 30, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

115
Form 195